No. 90–1487. THREE BUOYS HOUSEBOAT VACATIONS U. S. A., LTD. *v.* MORTS ET AL. C. A. 8th Cir. Motion of Maritime Law Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 90–1492. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION *v.* MAYO. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1528. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* TUKES. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1600. ALABAMA *v.* YELDER. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1763. CITY OF OMAHA ET AL. *v.* BUFFKINS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1860. METROPOLITAN DADE COUNTY *v.* MILES. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1880. LEHMAN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* LESKO. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1946. MICHIGAN *v.* WILCOX. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–197. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. *v.* JOHNSON. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.